CLARENCE R. CONGER, Appellant, *v.* SAMUEL D. KINNEY, Respondent.

(Submitted June 3, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*Irving Brown* for appellant.

*Geo. W. Weiant* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE ULSTER COUNTY SAVINGS INSTITUTION, in the Matter of LEWIS A. MITCHELL, Appellant.

(Argued June 6, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 3, 1892, which affirmed an order of Special Term denying a motion to vacate, annul, modify, etc., previous orders in the above-entitled action.

*A. J. Simpson* for appellant.

*A. Schoonmaker* and *Simon W. Rosendale, Attorney-General,* for respondent.

Agree to affirm on opinion of FURSMAN, J., below.
All concur.
Judgment affirmed.